UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cause No. 3:97-CR-26(2) RM |
| ) | |
| JOHN JOSE WATFORD ) | |

OPINION and ORDER

On December 2, 2008, the court denied two motions filed by John Jose Watford requesting that the court modify the terms of his imprisonment as successive motions under § 2255. Mr. Watford is now before the court seeking an extension of time to file a notice of appeal [Doc. No. 183]. Excusable neglect for not filing a timely notice of appeal having been shown, the court GRANTS Mr. Watford's motion and AFFORDS an additional 30 days from the date of this order to file a notice of appeal. *See* Fed. R. App. P. 4(b)(4).

SO ORDERED.

ENTERED: January 30, 2009

/s/ Robert L. Miller, Jr.
Robert L. Miller, Jr., Chief Judge
United States District Court