UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Cause No. 3:97-CR-26(02) RM |
| | ) | |
| JOHN JOSE WATFORD | ) | |

## OPINION and ORDER

This matter is before the court on three motions by Mr. Watford in relation to his appeal filed February 13, 2009. Having reviewed Mr. Watford's motions, the court DENIES the motion for transcript information sheet [Doc. No. 192] and DENIESthe motion in opposition to the government's recharacterization of petitioner's 28 U.S.C. § 3582(c) motion to modify term of imprisonment [Doc. No. 193]. To the extent Mr. Watford requests that this court, rather than the court of appeals, appoint him counsel, the DENIES Mr. Watford's request [Doc. No. 194].

SO ORDERED.

ENTERED: February 23, 2009

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court

cc: J. Watford