UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Cause No.: 3:97-CR-26(02) RM |
| | ) | |
| JOHN JOSE WATFORD | ) | |

## OPINION and ORDER

John Jose Watford again has filed what he styles a *writ of audita querela* as a collateral attack on his 1997 jury conviction for bank robberies. Mr. Watford argues that his conviction was correct in 1997, but intervening Supreme Court precedent now renders his conviction unlawful because, he says, the government didn't present sufficient admissible evidence that the bank deposits he robbed were FDIC insured.

As before, the court construes Mr. Watford's petition as a § 2255 habeas petition. *See* Opinion and Order, January 15, 2009 [Doc. No. 181]; *see also* Melton v. United States, 359 F.3d 855, 857 (7th Cir. 2004). And, as noted before, since Mr. Watford already has filed a § 2255 petition (he has actually filed several successive § 2255 petitions) he must direct his petition to the court of appeals. *See* 28 U.S.C. §§ 2244(b)(3) and 2255(h). Accordingly, his latest petition is DENIED [Doc. No. 203] as directed to the wrong court. Also for this reason, Mr. Watford's motion to appoint counsel [Doc. No. 204] and motion to proceed *in forma pauperis* [Doc. No. 205] are DENIED.

SO ORDERED.

ENTERED: June 28, 2010

      /s/ Robert L. Miller, Jr.
Judge
United States District Court

cc:   J. Watford
      K. Hays