UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CAUSE NO. 3:97-CR-26(2)-RLM |
| | ) | |
| JOHN JOSE WATFORD | ) | |

OPINION and ORDER

On September 5, 1997, a jury found petitioner John Jose Watford guilty of robbery and attempted robbery. Mr. Watford was sentenced to 802 months imprisonment, and his conviction and sentence were affirmed on October 22, 1998. *See* United States v. Watford, 165 F.3d 34 (7th Cir. 1998).

Since his conviction and the denial of his appeal, Mr. Watford has filed numerous motions for post-conviction relief. The court denied his first § 2255 petition on its merits on March 21, 2000 (Doc. No. 143), and has dismissed two subsequent petitions as unauthorized successive § 2255 petitions. (*See* Doc. Nos. 181, 207). This matter is before the court on Mr. Watford's most recent § 2255 petition, filed March 12, 2015 (Doc. No. 236).

As the court instructed Mr. Watford in its orders denying his other successive petitions, because he has already filed a § 2255 petition he must direct any additional petitions to the court of appeals. *See* 28 U.S.C. §§ 2244(b)(3) and 2255(h). Accordingly, Mr. Watford's latest petition (Doc. No. 236) is DENIED as directed to the wrong court.

SO ORDERED.

ENTERED: August 31, 2015

                                           /s/ Robert L. Miller, Jr.
Judge
United States District Court